# CASE ANNOUNCEMENTS
*January 26, 2010*

[Cite as *01/26/2010 Case Announcements*, 2010-Ohio-207.]

## MOTION AND PROCEDURAL RULINGS

**2009–1974. State v. Dehler.**

Trumbull App. No. 2008–T–0061, 2009-Ohio-5059. On October 29, 2009, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.

**2009–1989. In re Guardianship of B. I. C.**

Wayne App. No. 09CA0002, 2009-Ohio-4800. On October 30, 2009, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.

## RECONSIDERATION OF PRIOR DECISIONS

**2009–2219. State v. Persinger.**

Morrow App. No. 08–CA–14, 2009-Ohio-5849. Reported at 124 Ohio St.3d 1402, 2009-Ohio-6825, 918 N.E.2d 1010. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS
*January 27, 2010*

[Cite as *01/27/2010 Case Announcements*, 2010-Ohio-188.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–1907. State ex rel. Indus. Energy Users–Ohio v. Pub. Util. Comm.**

In Prohibition. On motion for leave to intervene as respondents of Columbus Southern Power Company and Ohio Power Company and motions to dismiss of respondents and intervening respondents. Motion for leave to intervene granted. Motions to dismiss granted. Cause dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur. PFEIFER, J., dissents and would deny the motions to dismiss.

**2009–1934. State ex rel. Summit Cty. v. Pub. Emps. Retirement Sys.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2002. [State ex rel.] Bunting v. Hauritz.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2015. State ex rel. Yeager v. Stormer.**

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.